IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BENNY JOHNSON and DALTON RAY JOHNSON, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDTEK, INC., a Domestic Profit Corporation, and LUCIEN LONGLAIS, Individual,<br><br>Defendants. | *<br>*<br>*<br>*<br>*     CIVIL ACTION<br>*     FILE NUMBER:<br>*     4:17-cv-00191-CDL<br>*<br>*<br>*<br>*<br>*<br>* |

## **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

COME NOW, Defendants, Landtek, Inc., and Lucien Longlais, by and through their undersigned counsel, respectfully submits the following proposed voir dire questions to be asked of prospective jurors by the Court in accordance with this Court's Order. Further, Defendants respectfully request an opportunity for their counsel to be able to individually question prospective jurors after the prospective jurors have completed their questionnaires and the Court has concluded its inquiries.

1. Have any of you worked at a job where you were paid on an hourly basis?

2. Have any of you worked at a job where you received overtime? Tell us about it.

3. Have you ever worked at a job where you worked overtime and believe that you were not properly paid for it? If yes, please describe.

4. Have you ever owned your own business? Has anyone close to you ever owned his/her own business? If yes, please identify who owns the business, briefly describe the business, and state whether that business has ever been sued before by a current or former employee (and if so, for what).

5. The Plaintiffs contend that they were not properly compensated for their overtime work. The Defendants deny that Plaintiffs are owed overtime in this case. Is there anything in your life experience that would affect your ability to judge that type of issue fairly to both parties?

6. Has any member of the panel or anyone close to you ever sued or made a claim against an employer for unfair treatment, including but not limited to claims concerning overtime pay? If so, please describe who made the claim and the reasons for the claim. Did litigation result? How was it resolved? Was it resolved satisfactorily? If someone other than you filed the claim, do you have an opinion as to whether he or she should have filed the claim? Why or why not?

7. When considering the times in which we live, in addition to your own personal experiences, is there anything that you can identify that would cause you to start off on the side of the employee in an employment dispute, even just a little bit, before hearing any evidence in this case whatsoever? If yes, please explain.

8. Do you understand and can you assure all parties that you will wait until you have heard all of the testimony from all of the witnesses and carefully listened to the Judge's instructions on the law before you form any conclusions?

9. Should you find yourself in a situation where your personal opinion conflicts with the law and you believe that the law is not right, would any of you be unable in that situation to still follow the law and apply it to the facts of this case?

10. Do any of you know what the Fair Labor Standards Act is? If so, how do you know about it?

Respectfully submitted this the 16th day of August, 2018.

                              HALL, BOOTH, SMITH, P.C.

                              By: /s/ Melanie V. Slaton
                                  Melanie V. Slaton

Post Office Box 2707            Georgia Bar No. 539960
Columbus, Georgia 31902     J. Drew Brooks
T: (706) 494-3818               Georgia Bar No. 733361
F: (706) 494-3828               *Attorneys For Defendant*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BENNY JOHNSON and DALTON RAY JOHNSON, on behalf of themselves and those similarly situated, | * * * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * | FILE NUMBER: |
| | * | 4:17-cv-00191-CDL |
| v. | * | |
| | * | |
| LANDTEK, INC., a Domestic Profit Corporation, and LUCIEN LONGLAIS, Individual, | * * * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 16th day of August, 2018, served a copy of the **DEFENDANTS' LANDTEK, INC. AND LUCIEN LONGLAIS, PROPOSED VOIR DIRE QUESTIONS** upon all parties by CM/ECF and/or mailing a true copy of the same via first class mail to:

C. Ryan Morgan, Esq.
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 14th Floor
Post Office Box 4979
Orlando, Florida 32802-4979

This 16th day of August, 2018.

HALL, BOOTH, SMITH, P.C.

By: /s/ Melanie V. Slaton
Melanie V. Slaton

| | |
|---|---|
| Post Office Box 2707 | Georgia Bar No. 539960 |
| Columbus, Georgia 31902 | J. Drew Brooks |
| T: (706) 494-3818 | Georgia Bar No. 733361 |
| F: (706) 494-3828 | *Attorneys For Defendant* |