UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BENNY JOHNSON AND DALTON RAY JOHNSON, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>vs.<br><br>LANDTEK, INC., a Domestic Profit Corporation, and LUCIEN LONGLAIS, Individually,<br><br>    Defendants.            / | CASE NO.: 4:17-CV-00191-CDL |

### DEFENDANTS' LUCIEN LONGLAIS AND LANDTEK, INC., MOTIONS IN LIMINE AND MEMORANDUM IN SUPPORT THEREOF

COME NOW, Defendants Lucien Longlais and Landtek, Inc., in the above-styled action, and pursuant to the Court's Order Setting Pretrial Conference, file this, their Motions in Limine, hereby moving the Court for an Order excluding introduction of and reference to the

1

following irrelevant, immaterial and prejudicial areas of inquiry, facts and issues from the trial of this case:

1.   **Motion in Limine No. 1: Workers Compensation Insurance**

It is anticipated that the Plaintiffs may attempt to discuss or otherwise allude to the existence or non-existence of worker's compensation insurance of Landtek, Inc. Defendants thus seek an Order excluding any reference to workers compensation insurance as workers compensation insurance, or the existence or non-existence of, is entirely irrelevant to this present Action, would only serve to prejudice Defendants, and taint the jury. *See In re Mentor Corp. Obtape Transobturator Sling Prod. Liab. Litig.*, No. 2004, 2015 WL 7863032, at *7 (M.D. Ga. Dec. 3, 2015), *see also Enfinger v. Decatur Cty.*, Georgia, No. 1:07-CV-145 (WLS), 2009 WL 10674172, at *1 (M.D. Ga. Apr. 7, 2009).

Therefore, Defendants respectfully request that Plaintiffs are instructed to not reference or ask any questions regarding whether Defendants possessed or maintained workers compensation insurance.

This 16th day of August, 2018.

                                      HALL, BOOTH, SMITH, P.C.

                                      By: /s/ Melanie V. Slaton
                                      Melanie V. Slaton
Post Office Box 2707            Georgia Bar No. 539960
Columbus, Georgia 31902     Drew Brooks
T: (706) 494-3818               Georgia Bar No. 733361
F: (706) 494-3828               *Attorneys For Defendants*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BENNY JOHNSON and DALTON RAY JOHNSON, on behalf of themselves and those similarly situated, | *<br>*<br>* |
| Plaintiffs, | *  CIVIL ACTION<br>*  FILE NUMBER:<br>*  4:17-cv-00191-CDL |
| v. | *<br>* |
| LANDTEK, INC., a Domestic Profit Corporation, and LUCIEN LONGLAIS, Individual, | *<br>*<br>*<br>* |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 16th day of August, 2018, served a copy of the **Defendants' Lucien Longlais and Landtek, Inc. Motions in Limine and Memorandum of Law in Support Thereof** upon all parties by mailing a true copy of the same via first class mail to:

C. Ryan Morgan, Esq.
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 14th Floor
Post Office Box 4979
Orlando, Florida 32802-4979

4

This <u>16th</u> day of August, 2018.

                                      HALL, BOOTH, SMITH, P.C.

                                      By: <u>/s/ Melanie V. Slaton</u>
                                      Melanie V. Slaton
Post Office Box 2707           Georgia Bar No. 539960
Columbus, Georgia 31902   Drew Brooks
T: (706) 494-3818              Georgia Bar No. 733361
F: (706) 494-3828              *Attorneys For Defendants*