UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BENNY JOHNSON and DALTON
RAY JOHNSON, on behalf of                          CASE NO.: 4:17-CV-00191-CDL
themselves and those similarly situated,

    Plaintiffs,

vs.

LANDTEK, INC., A DOMESTIC
PROFIT CORPORATION, AND
LUCIEN LONGLAIS,
INDIVIDUALLY,

    __Defendant.__               /

__CONSENT JOINT MOTION FOR CONTINUANCE OF TRIAL__

Plaintiff and Defendants, hereby jointly ask this Court for continuance of trial off the September 2018 trial calendar to the next available trial calendar. In support of this motion, the parties state as follows:

1. On August 23, 2018, the Parties appeared before this Court for the pre-trial conference of this matter. At the pre-trial conference, Plaintiff's counsel discussed a calendar conflict with the proposed trial date. The Court directed Plaintiff's counsel to discuss with his clients whether they consent to continuance of the trial. At the pre-trial conference Defendants indicated they did not object to a continuance.

2. Plaintiff's counsel has discussed the proposed continuance with his clients and Plaintiffs each consent to the continuance. After notifying this Court by e-mail of the agreement to a continuance, the Court requested this motion be filed.

3. The Parties jointly file this motion formally seeking a continuance of this trial to the next available trial calendar. The Parties respectfully request this Court grant this Motion.

Dated this 7th day of September, 2018.

| /s/ MELANIE V. SLATON<br>**Melanie V. Slaton, Esq.**<br>Georgia Bar No.: 539960<br>233 12th Street, Suite 500<br>Columbus, GA  31901<br>Telephone: (706) 494-3818<br>Facsimile: (706) 596-9299<br>E-mail: MSlaton@hallboothsmith.com<br>COUNSEL FOR DEFENDANT | /s/ C. RYAN MORGAN<br>**C. Ryan Morgan, Esq.**<br>Georgia Bar No.: 711884<br>20 N. Orange Ave, 14th Floor<br>Orlando, FL 32801<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3401<br>E-mail: Rmorgan@forthepeople.com<br>COUNSEL FOR PLAINTIFF |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon: Melanie V. Slaton, Esquire, Hall, Booth, Smith, P.C., 233 12th Street, Suite 500, Columbus, GA 31901, ***Attorney for Defendant***, by using the CM/ECF system which I understand will send a notice of electronic filing, on this 7th day of September, 2018.

/s/C. RYAN MORGAN
C. Ryan Morgan, Esq.