UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**BENNY JOHNSON AND DALTON RAY JOHNSON, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,**

      **Plaintiffs,**

vs.

**LANDTEK, INC., A DOMESTIC PROFIT CORPORATION, AND LUCIEN LONGLAIS, INDIVIDUALLY,**

      **Defendant.**

                                                    **CASE NO:  4:17-CV-00191-CDL**

_____  /

**ORDER ON MOTION FOR CONTINUANCE**

      **IT IS ORDERED AND ADJUDGED** parties Joint Motion for Continuance is hereby **GRANTED.**

      Trial will be in the March 2019 term.

      Dated this 10th, day of September, 2018.

                                                        s/Clay D. Land
                                                        **Clay D. Land, Chief U.S. District Judge,
                                                        Middle District of Georgia**